UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILANYELA GIL,

    Plaintiff,

v.                                              Case No. 6:22-cv-992-RBD-EJK

WAL-MART ASSOCIATES, INC.,

    Defendant.
_____

## ORDER

In this discrimination case, Defendant moves to dismiss the claims with prejudice due to Plaintiff's discovery violations and failure to comply with Court orders. (Doc. 45 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting the Motion and dismissing the case with prejudice. (Doc. 50 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. The R&R (Doc. 50) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Defendant's Motion (Doc. 45) is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1-1) is **DISMISSED WITH PREJDUICE**.

4. The Clerk is **DIRECTED** to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2023.

ROY B. DALTON JR.
United States District Judge